IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HSBC BANK USA, NA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. DEGRAFF, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:07-CV-1385-TWT |

### ORDER

This is a pro se declaratory judgment action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that this action be dismissed for lack of jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 10 day of August, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\HSBC Bank\dismiss.wpd